THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRED ROBINSON, Appellant, et al., Defendants.

Argued May 29, 1946; decided July 23, 1946.

*Leon H. Murray* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Edward T. Perry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY and DESMOND, JJ. Dissenting: THACHER, J. Taking no part: DYE and FULD, JJ.